Case number 20-1291, Warbird Adventures, Inc. and Tom Richard, Petitioners v. Federal Aviation Administration. Mr. Winton for the Petitioners, Mrs. Tarcher for the Respondents. Good morning. Mr. Winton, you may proceed when you're ready. Thank you. Good morning, Your Honor. Good morning. May it please the Court, Counsel. My name is Gregory Winton and I represent Warbird Adventures and Tom Richard, the Petitioners in this matter. It's a very simple case which is interesting because it involves 75 years of well-documented aviation history. And the FAA's Emergency Cease and Desist Order, which is basically issued against my client to stop them from immediately providing flight training in a limited category aircraft, which is a surplus military World War II aircraft, for flight training for hire without an exemption to the regulation. And so we have to look at the regulation history to determine whether the FAA ever intended to limit the provision of flight training for hire in these aircraft. Now, the FAA's order must fail for two reasons. One, specifically, it's an abuse of discretion. It's not supported by any law, and it's arbitrary and capricious. More significantly, it fails the substantial evidence test. Remember, the FAA's emergency authority and the emergency order in this case was based upon the finding by the administrator that an emergency exists related to safety and air commerce. But what's the basis for the order? It's the failure to comply with the agency's interpretation. It was an interpretation, an anomalous interpretation issued by letter in 2014, which we call the Morris Interpretation because it was written to Mr. Gregory Morris, and that appears as JA-12 in the adjoint appendix. And what that said was the only way to provide flight training for hire in a limited category aircraft is pursuant to an exemption. Well, let's look at the history, right? And that's what I did. And many things were learned during that process, but most importantly, I found that even the FAA in issuing the Morris Interpretation and the emergency order either didn't do the history research, which is concerning, or they did their history research and issued the order anyway, which is contrary to law. But what did I find out? 1946, the end of World War II, we had surplus military aircraft. Nobody knew that there was going to be a demand for these airplanes. So the CAB, Civil Air and Aeronautics Board, predecessor to the FAA, actually enacted and promulgated a regulation, Part 9, that said, okay, we'll allow civilians to use these surplus military aircraft, including those that were built specifically designed by the military for training purposes, high-performance military training. That's great. And so they issued the regulation, which had a limitation. I'll read it. This part is for the purpose of making available to the public certain military surplus aircraft, which were originally designed for the military services of the United States for combat and other specialized purposes, i.e., flight training, and which experienced military service has shown to be safe for operation. However, there was a caveat. The CAB made these aircraft available to the public so long as the flights are neither for carrying passengers or cargo for hire. Okay? Didn't say anything about limiting flight training at that point. Now, keep in mind, in 1945, a year before the regulation was just enacted that I read, the FAA and CAB actually defined the term passenger, which was an occupant of the aircraft other than a crew member. So there's a reason why the CAB said you can't carry a passenger. It didn't say you can't carry a crew member. And in fact, when the CAB enacted Part 9, one of the certification requirements, which still holds true today, was a placard prominently displayed in the passenger compartment of the aircraft. And by the way, this placard is still in Tom Richard's aircraft 75, almost 80 years later. This is a military type aircraft, and under the civil air regulations, shall not be used for the carriage of passengers or cargo for compensation or hire. Every year that aircraft is inspected, and that placard has to continue to enact regulations. And they said in that case, student instruction shall not be considered the carriage of persons for compensation or hire. So there's an exclusion for crew members, and there's an exclusion for flight instruction. There's no question about that. The FAA's inquiry into this issue should have stopped right there and then, but it didn't. So what happened in 1962? The FAA amended Part 1 definitions, and they removed the term passenger. So now it's no longer a passenger can't be carried for hire, but they replace it with the word person. The FAA suggests... May I interrupt you for a second? I just want to be certain about this. You say the amendment to this regulation that changed the word passenger to persons happened in 1962? Correct. And so that presents a problem for you, doesn't it? Not at all, because... Well, actually, it's not a problem for you. It's a problem for the FAA. And the problem is this, that if you go to the Federal Register that you're talking about in that year, the preamble says that they were intending no substantive changes. Correct. Correct. In fact, the language... So the point is that if in fact that's when the amendment occurred, the amendment from passenger to person didn't change anything. But the FAA relies on the idea that it's persons rather than passengers. Right. And specifically, the language was in the Federal Register, this did not change any of the which meant specifically that the FAA, CAB was aware from 1946 to 1998, 52 years that the public was using this type of aircraft, this military trainer to provide flight training for hire without an exemption. Makes no sense. Again, the increase should have stopped there. So the FAA either knew that there was no law to support this Morris interpretation, and they issued it anyway. And then in 2020, the assistant chief counsel issued the emergency cease and desist order based on the anomalous interpretation, or they just didn't do the research at all. Based on information communicated to your client, that he was violating the and advertising flight training in the face of that is scofflaw behavior, is it not? Oh, not at all. Keep in mind, we have due process rights. And remember, the FAA within a two or three week period issued an order of suspension, issued a civil penalty against Warburg, and they issued this emergency cease and desist, all of which are presently under review by either National Transportation Safety Board or this honorable court. So my client is not guilty until proven innocent. And has your client since the briefing requested an exemption and proceeded through that process or no? We have not because the exemption is not applicable in this case. Specifically, if you look at the original exemption granted to stallion, which is the gold standard to the FAA presented to us. And by the way, the FAA didn't present the original stallion exemption. I did. It's exemption number 6811 in the reply addendum nine. And it said specifically, the FAA is short stallion 51, that because stallion 51's aircraft have dual cockpits and fully functioning dual controls. And because the training would be considered a crew member and not a passenger, section 913.315 would not apply. That's our position. That's the FAA's position. We didn't make this up. So we're adopting the FAA's position, which is the I see that I've used my time, I'd like to reserve the rest. I have a couple questions for you. First of all, what what is the status of the regular administrative proceeding, not the emergency obvious? I'm glad that you asked, Judge. I asked that last week. And so the chief judge from the National Transportation Safety Board has been sitting on a motion to stay that was filed by the FAA three months ago. And the basis for the motion to stay by the administrator is this case pending before the D.C. Circuit Court of Appeals. So they're waiting for you to put a hammer on the nail. We should we should be waiting for them, because if they rule, then this case is moot. Well, not necessarily, because if they rule against my client, right, I can appeal it. And then it would wind up right back in the same chambers that we are today. With a different issue, with a different issue. Well, I'm sure that's a good point, right? We're asking the court here to deny, vacate and set aside the FAA order not only because it fails for lack of evidence concerning the emergency, but also that it is not supported by law. Right. The emergency cease and desist order. Well, if there's any question about the FAA's emergency authority, we all just saw it last Tuesday when the FAA issued an emergency order against the 777, Boeing 777, but not they didn't ground all airliners. They didn't ground all 777 aircraft. They grounded only those with the Pratt and Whitney engine and how the problem was scientifically designed to cause a problem. And the FAA pinpointed that was the emergency. Okay, my second question, my second question is, the is there anything in the record to indicate that your client during or after the negotiations with the FAA, in fact, continued to fly with training pilots? The only thing I see is that they that your client advertised that it could do it, but did it in fact fly or train in flight, do in flight training? Right. Yes. So keep in mind, what's the answer? So the answer is no. When I got the letter from the FAA, I responded and said, look, the flight training itself, we don't believe is a violation of the regulation, but there are, they are threatening to shut you down with an emergency cease and desist order and an emergency revocation of his pilot certificate. So that's why he shut down the entire air show season. So you didn't, there was no in-flight training after that period when you received the letter, but there was advertising. It was just advertising, right? Yeah, I had him take down the, yes, correct. He took down the website not long after that. What's the date on the letter? The letter to me was February, well, there were a series of letters between myself and the FAA. Pardon me. So Naomi Tsuda, July 20 of 2020 is when I wrote back to her. July 22, 2020, I wrote to her and July. April, 2019 notification from the FAA about its position that Warburg was violating 91.315. I'm looking at the joint appendix. I, for some reason, I have all of my response letters to her in sequence to Naomi Tsuda, assistant chief counsel for enforcement, but I don't have her initial letter. The only initial, I'm sorry, it was July 17, 2020 that she wrote to me. Mr. Witten, on JA6, which is on that page, paragraph 11, it says, on or about April 3rd, 2019, FAA inspectors advised Tom Richard that operating plane carrying persons for compensation constituted a violation of 91.315. Now that is, to your credit, not a formal letter, I don't think. I think the formal letter that you're talking about comes in 2020, but there was that notification by the FAA. And then if you skip two paragraphs down to paragraph 13, on January 31st, 2020, Warburg operated the plane. Correct. Was there a question relating to those? Well, go ahead, Judge Walker. Please, please, Judge Pillard. All you, Judge Pillard. So the point was just that FAA inspectors advised Richard as of April, 2019, that carrying persons for compensation was a violation. And then there's a further allegation that after that communication, that Warburg not only continued to advertise, but flew. And this is just relevant to Judge Randolph's effort to get clarification on whether the only continuing conduct that was the basis for an emergency order was advertising or whether it also included flying. And one way of reading this, it seems the clearest way of reading this, is that after Warburg was on notice of the FAA's position, it did continue to fly with passengers, with people on board. Well, an inspector's notice of apparent violation, and that's all an inspector could do, versus a letter from the Assistant Chief Counsel for Enforcement at the FAA, which was JA-16, dated July 17, 2020, has a much different effect, right? An FAA inspector cannot come onto a field, an airfield, and stop a pilot from operating for an alleged violation, right? But they can put a stop order on an aircraft if they find it to be blatantly un-airworthy, which is not the case here. So, correct, we continue to fly after the inspector advised my client that he may be in violation, but after Naomi Tsuda from the FAA Assistant Chief Counsel's office issued the July 17, 2020 letter, we did not continue offering flight training for hire in a limited category aircraft. And was that position, that voluntary, you know, temporary acquiescence with the FAA's position, ever communicated to the FAA? Oh, yes. I mean, in other words, you know, if you're the FAA, and you're thinking, I understand that Mr. Whitten's client has a different position on the air, if the FAA's responsibility is to protect the public, what basis would the FAA have to believe that Warbird would not be flying during that period when Warbird was challenging the FAA's position? Well, I was in constant communication with the FAA throughout the process after these that we're not flying, right? So, but, you know, it begs the question as whether or not the operation of my client's aircraft for hire in the instructional setting is an emergency related to air safety. It's not. Well, there's, I mean, there is a basis in the record to think that unauthorized flight of this kind of plane does present a safety risk. Oh, no, that's merely say-so of the agency. There's absolutely no evidence to support that whatsoever. I mean, this aircraft was built, designed for flight training to military specifications. When something is built to a mil-spec military specifications, it's like the gold seal of engineering. And the fact that this aircraft's been around, it's going to be 80 years now, is still flying. I thought the FAA said that actually during World War II, we were And so we actually didn't require the same kind of safety standards that we later required and that we now require. No, there's no evidence of that whatsoever. Absolutely not. I mean, JA-17 is what I think we're thinking about where the FAA says, you know, states its position. This planned operation could pose a significant risk to aviation safety. As you're aware, limited category aircraft were originally produced for the military. These military surplus were produced in the 40s and this one was manufactured in 42. They're generally older. They're not inspected and approved for airworthiness according to the same standards as civilian aircraft. There's serious public safety concerns because of increased public interest in these flights. And their conclusion is that these types of risks to air safety. And in your view, that's not enough to support a safety-based action on FAA's part? It's not true. Correct. It's not true. They are inspected in accordance with the regulations. In fact, the FAA in their brief admits they were experimental certificated aircraft. The same airplane, the P-40 Warhawk, can be experimental certificate on the airworthiness or limited category. The FAA admits that the experimental is not as safe as the limited, but yet the FAA allows flight training for hire in an experimental version of the same. Where people have obtained the permission from the FAA? That's the issue. And you're saying, well, no, we have a right to do that. Whether the FAA wants to, you know, whether we've gone through and gotten the authorization or not. Are you raising a discriminatory enforcement claim here? That's what it is. Yes, absolutely. Because remember, I just read to you the grant of exemption for the same type of aircraft. The FAA assured Stallion 51 that because the trainee would be considered a crew member and not a passenger, 91.315 would not apply. Again, that's the reply addendum page 10. You can't make this up. This is the FAA's document. I have one more question that I was going to ask you. I just slipped my mind. Who owns this aircraft? It's owned by an LLC. That's, I guess, part owned by Tom Richard himself, which brings up a good question because if Tom Richard... I'm sorry, you cut out. Oh, sorry. Yeah. If you could repeat that. It's owned by a separate entity, a separate LLC, P40 LLC, I think is the name of it. And your client, Mr. Richard, is that his name? Is the president of that company? I believe so, but I'm not absolutely sure. He is part owner, if not complete owner of that entity. The company. So if he goes up without a passenger, no in-flight, he just operates the plane. I take it that... And the corporation owns it. I take it that the corporation compensates him. Isn't that- It's the other way around, actually. He has to compensate the corporation because the corporation is a shell company that owns an airplane. And so the only way the plane could fly is if Mr. Richard give his money to the corporation, which then that corporation has operated a limited category aircraft carrying Mr. Richard as a passenger or person, I should say, according to the FAA. That doesn't work. And the limited liability- That's where I was going. Because it means that nobody, a plane operated or owned by a separate corporate entity, nobody can fly it, one of these, this type of aircraft. Without an exemption. Correct. Right. The FAA actually calls that a corporate flight department when you set up a company just to own an aircraft and it's got to be legally done in a commercial setting, but this is flight training, so it's different. Okay. I have nothing more. I'd like to reserve some time for rebuttal. Thank you. Thank you. We'll give you two minutes for rebuttal. Mr. Starcher. Good morning, Your Honors, and may it please the Court, Jack Starcher on behalf of the Federal Aviation Administration. As was discussed during the other side's argument, the FAA during the course of more than a year repeatedly communicated to petitioners that their conduct ran afoul of the 91315. And despite that ongoing back and forth, during which time, as sort of documented in the administrative record, during which time petitioners raised many of the same points that they now raised before this Court, FAA responded by pointing petitioners not only to the text of 91315 as it currently exists, but also to the text of various neighboring regulations, which use materially similar language referring to a caring of persons or property for compensation or higher in a way that is totally inconsistent with petitioners' proposed reading of Section 91315. And petitioners really provide no response to what, in petitioners' view, these other regulations mean if flight training is not included in the concept of caring persons or property for compensation. Just to go back, he claims that this change from passenger to person was 1962, and I had the impression in my own review that there was a December 1950 Federal Register notice that he's pinned down for us, because he's citing to something that he says that, you know, contemporaneous with that, they did not mean to exclude training at all. Right, so in 1946, you have the enactment of the predecessor that would eventually become what is now Section 91315, and that is the time at which that predecessor used the term passengers. But just a few years later, as you say, in 19- it's, yeah, I have the same Federal Registry notice from December 15, 1950, which is, it's 15 Fed Reg 8895. And it was at that time, so just a few years after this 1946 passengers use, that the regulation changed. To be sure, in that regulation, there is a, you know, a sort of preamble that says, in most significant respects, this part does not attempt to change current procedures or practices. But then the regulation goes on to, in fact, make a change to this, to this regulation. So it's, you know, so the one thing we do know about this change is that it is a change from the word passengers to the word persons, and just sort of on its face, yeah, the word persons is a broader, more capacious term than the term passengers, just as a matter of sort of natural English language use. And so from 1950 until today, the various iterations of this regulation culminating in what is now 14 CFR 91315 have continually used the phrase, you know, persons or property for compensation or higher, which is materially different from regulations, other regulations that FAA still has on the books that continue to use, to refer to passengers. Those regulations that use the word passengers are almost all or all have to do with certification requirements for pilots, whereas here we're talking about certification requirements for an aircraft itself. And so it makes sense that those terms are different. And again, I do just want to underscore, as pointed out in our briefing, and again, petitioners... I don't really understand the certification for pilots versus certification for the aircraft. Can you explain that? Yes. So the FAA regulates both pilots and planes and regulates those things separately. So any aircraft that is operating in the United States today must be certified in a specific category by the FAA, saying this is a plane that is airworthy to perform the following set of functions and is safe to perform the following set of functions. And there are different categories. There's the standard category, which has various subcategories, and that's where most sort of commercial airplanes exist. And then there's land of special category certificates, which is where we are now. That whole scheme is sort of separate from another scheme that FAA has to make sure that the people flying any aircraft... Well, let me stop on the certification. This plane has not been grounded, has it? Not to my... I think this easiness disorder is limited to flights in violation of this regulation. So it can't be operated in conformance with this regulation. In other words, for any purpose, for private or recreational uses, as long as it's not being used to carry persons or property for compensation or higher. So yes, that's correct. But again, just to underscore this, as explained in the briefing, multiple other regulations that are very close in proximity to 91.315, and that place very similar limitations on other kinds of special category aircraft, use identical or materially similar phrasing and refer to this prohibition against carrying of persons or property for compensation or higher, and then move on to, in various ways, say, despite or carving out from that prohibition, flight training. And if the carriage of persons or property for compensation or higher doesn't include flight training, as petitioners suggest, then all of these other regulations that expressly provide ways for people to provide flight training, notwithstanding that prohibition, just simply don't make any sense. And again, I don't think there's any response to that. Mr. Starcher, let me ask about something that I think Judge Randolph was asking about when Mr. Winton was speaking. The official letter from the FAA told the petitioner on July 17, 2020, it's illegal for you to do what you're doing. Yes, an inspector had mentioned a year earlier, but anyone who's dealt with, for example, a building code inspector while doing a you know, knows that sometimes, you know, a random inspector doesn't always speak officially and with the full authority of an agency. So the agency itself said, did not say what you're doing is illegal in an official authoritative way until July 17, 2020. And then I see nothing in the record and certainly nothing in the emergency order that provides any evidence, substantial evidence, that the petitioner was in violation of the law after he received that letter on July 17, 2020. So tell me why we shouldn't say this. There's no substantial evidence that petitioner was in violation of the law when the emergency order was issued. So two responses, first sort of a factual. So if you look at JA 13, there were discussions that that's the first, I think, formal letter you have from the FAA. This is from February 14, 2020. That's a letter memorializing a meeting that was had with petitioners in the FAA. So there was, even before July, there was an official sort of. But Mr. Starcher, that February 14th letter is after January 31st and January 31st is the last time that the petitioner flew the airplane, at least the last time we know based on anything in this record. Right. So if you look at the July 22nd letter, which is this is JA 24 to 25. And in particular, I'm looking at JA 25 here. During that back and forth that happened in July, which was spurred by FAA becoming aware of Facebook advertisements that were posted to Facebook, soliciting people, inviting people to come and fly this in this aircraft at upcoming flight exhibition shows. There's this paragraph on page JA 25 saying, you know, again commemorating, you know, memorializing FAA's view on this and saying, accordingly, I ask that you respond to this letter stating whether your clients intend to charge persons to carry them in flights in the P-40 as the website and advertisements indicate. And if your response does not provide sufficient assurances that your clients do not intend to do this, then at that point, the cease and desist order would be issued. And so FAA was making it very clear its position that this was unlawful. It gave petitioners the chance to say, I think, exactly what you had in mind, which is, no, no, we're not doing this. We haven't been doing this. We don't intend to do this. And if you look at their response, their response continued to rely on this same theory that they presented this court, which is presumably that, no, no, we don't intend to do this because we're intending only to take people up in the air for flight training. Is that how substantial evidence works, Mr. Starcher, that an agency can say to a person, prove to us that you're not violating the law. And if you don't prove it to us, then we conclude you are violating the law? So to be clear, I guess, first up, the cease and desist order is only preventing petitioners from flying this aircraft in violation of the regulation. So to the extent that the state of the world was that petitioners never intended to do that and never intended to operate this plane in violation of the regulation, then it's a cease and desist order that does nothing. And that goes to Judge Randolph's inquiry, right? It's possible that this emergency order dispute would be moot and then the merits would be fully litigated at the agency level before coming to us. I don't believe that's correct. So the issues presented in the two proceedings that are still going on in the sort of agency level are specific enforcement actions against both petitioners separately, Richards and Warburg. And I believe my understanding of those is those are both based on showing proven past violations. And so those really are more, I think those are based on past proven. Again, I'm not as intimately familiar with those two proceedings, but the issue presented in this petition is whether or not this cease and desist order, which continues to have effect, is lawful. And so I think regardless of what happens in those administrative proceedings, this court still has a live question before it in any event about whether or not this cease and desist order is lawful. And is there a proceeding pending for obtaining certification or there isn't because Warburg doesn't think it needs that? There's no pending exemption petition. So Warburg has never, petitioners have never sought the kind of exemption that Stallion 51 has and that numerous other entities have received, which allow those entities to conduct flight training or living history or other kinds of operations in these limited category aircraft for compensation. And I had the impression that the FAA was relying on the continued advertising as circumstantial evidence that there were training flights going on. Is that wrong? No, that's correct. I mean, you know, there was a system, you know, I think on Warburg's website, where you could sort of click through and through an online portal sign up for flight trainings. And I think more concretely, you know, Warburg, this plane was scheduled to be at specific flight exhibition shows, you know, sort of at specific dates, I think coming up shortly around the time the emergency cease and desist order was issued. Wait a minute, that would have been perfectly legal. What this order prohibits is carrying somebody else in the aircraft. I mean, it could go to a flight show, and the president of the company can pilot the plane and there's nothing indicating that that is in any violation. Isn't that right? That's correct. To complete that, I sort of sort of led with this. And at those flight shows, they were, you know, there were advertisements that I think the Facebook advertisement that took this all off was, you know, sign up for a flight in this plane at the upcoming... Right. And the only evidence that I've found is of advertisements, not of flights after July. Right. And to be clear... That is, you know, the reason why these sorts of cease and desist orders are so uncommon is because it is sort of an uncommon circumstance that FAA found itself in here where it saw advertisements where someone was saying, I am going to go out and conduct flights or I'm offering to the public flights that are in violation of a regulation. You know, that's the way in which this case is really like the Ickes case from the Third Circuit. It just doesn't happen that often that FAA learns in concrete or, you know, sort of has good reason to believe that a violation is going to take place before it happens. And, you know, again, it's uncommon for people to publish, to make advertisements about conduct that FAA has already told them. Is there an inconsistency within the, with the agency, on the one hand, allowing this plane to go up with Mr. Richards piloting it and go to shows and so on and so forth, but not to go up with somebody that's getting trained to be a pilot? No, your honor, you know, this distinction, you know, between compensation or higher paid flights, commercial flights... Oh, no, no, I understand that. I'm not questioning about the regulation. I'm talking about the then how do you explain the FAA is not doing anything about the plane when it's at shows with lots of people watching and so on and so forth? Oh, it's a danger, potential danger to like people on the ground. So, you know, there are lots of regulations that FAA has in place that have to do and that this is at issue in Ickes was regulations that are concerned with sort of like people watching air shows or present at air shows. I'm not super familiar with those, but this regulation is really focused on the safety of being in the aircraft and being on board the aircraft and the aircrafts, you know, sort of, you know, the danger poses to people on board the aircraft, I guess. This is a total aside that had nothing. My question has got nothing to do with this case, but I'm curious, this regulation doesn't apply in Alaska, does it? I don't know. It's I... I don't think it does, yeah. It might not. But I'm not aware of that, so I can't say yes or no. But it applies in Florida, which is where it's based. And if there are no further questions, we ask that the petition for review be denied. Just to double check, Ickes is really the case you rely on for the validity of the exercise of FAA's emergency authorities. Is there anything else you think we should look at? I mean, I think if you just look at the text of the statute itself, the text of the statute itself speaks about, you know, if any time in the opinion of the administrator of the flight of the Federal Aviation Administration, that phrasing in the opinion of is the sort of phrasing that in other contexts courts, I think, have consistently found expresses an intent by Congress to give pretty broad authority to ensure safety in aviation. But I think the Ickes case is the case. Again, these emergency cease and desist orders are not that common, so perhaps it's not surprising that there aren't a lot of cases dealing with these things. But that is the case that I think is the most analogous to what we have here. And the administrative proceedings, that's not something that your office has any control over, their decision to wait versus proceed? That's correct. We haven't had any involvement of those, and my understanding is that they are essentially in a holding pattern, waiting on this case, I think. But again, I don't have any insight into that beyond what's in sort of the documents. Thank you. Thank you. Mr. Whitten, I think you used up your time, but we'll give you two minutes for rebuttal. Thank you very much. So just getting back to Judge Randolph's question about the aircraft not being grounded, you know, obviously it's still flying. In fact, the FAA at Respondent's Brief, page five, says any person who wants to fly in a limited category aircraft, and I quote, is afforded that privilege absent financial consideration. That means the FAA is allowing my client to provide flight training in his aircraft as long as no compensation is exchanged. So if somebody buys him a hamburger after the flight training, that's compensation. All of a sudden, in the eyes of the FAA, that same flight training scenario becomes unsafe, makes absolutely no sense, isn't supported by evidence in the record. First of all, we have to understand something. Flight training never has been and never can be considered carrying, flight training for hire, considered carrying a person for compensation. It would turn the entire industry upside down. I'll give you an example. I have access to an airplane in the airport. I've been a flight instructor for 35 years. If Judge Randolph says to me, let's go to Ocean City to have a hamburger, I can't fly him there if I wasn't going anyway. I could give him a lesson. We could stop in Ocean City, have a hamburger. I can give him a lesson, come back, charge him for flight training, sign his logbook, and we have just done what we wanted to set out to do. But if he is a person being carried for compensation, I would need to have an air carrier certificate issued by the FAA, which was the Flight Now case, which is another one of my cases before this court. You cannot operate an aircraft for compensation carrying a person without an air carrier certificate. That would make every flight instructor in the United States have to get a flight instructor air carrier certificate. To answer your question, Judge Randolph, about Alaska, you quoted a great statement by Haldsworth, English law, that those regulated by an administrative agency are entitled to know the rules by which the game will be played. My client didn't know that there was a rule out there that said he couldn't provide flight training for compensation because it's nowhere in the history of the FAA. We ask that you vacate and set aside the emergency order, but not only because it's not supported by substantial evidence concerning the safety concern, but because 91.315 of the regulation is contrary to law. Otherwise, you're going to see me here again making the same arguments in a year and a half from now, and that's just a waste of judicial resources. Thank you for your time. I appreciate it. Thank you, counsel. The case is submitted.
judges: Pillard, Walker, Randolph